IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHICAS ENTERTAINMENT, LLC<br>d/b/a CHICAS CABARET AND<br>PENTHOUSE HOUSTON, LLC<br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF HOUSTON<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:18-cv-01815 |

## PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs Chicas Entertainment, LLC d/b/a Chicas Cabaret and Penthouse Houston, LLC, hereby dismiss their claims against Defendant, the City of Houston, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

MARKLE • DELACRUZ, LLP

By: _____
Spencer G. Markle
Attorney-in-Charge
State Bar No. 12989200
spencer@markledelacruz.com
700 Gemini Avenue, Suite 240
Houston, Texas 77058
(281) 486-0677 Telephone
(281) 486-0694 Facsimile

**ATTORNEY FOR PLAINTIFF CHICAS ENTERTAINMENT, LLC D/B/A CHICAS CABARET AND PENTHOUSE HOUSTON, LLC**