United States District Court
Southern District of Texas
**ENTERED**
August 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHICAS ENTERTAINMENT LLC D/B/A CHICAS CABARET, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-cv-01815 |
| | § | |
| THE CITY OF HOUSTON | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed on July 16, 2018 (Doc # 6), Defendants

The City of Houston are hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i)

of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

It is so ORDERED. 08/02/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge